JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK COOPER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BLUM COLLINS, LLP; STEVEN AARON BLUM; and CRAIG MICHAEL COLLINS,<br><br>Defendants. | Case No. 2:23-cv-10505-MCS-SK<br><br>**JUDGMENT** |

Pursuant to this Court's Order Re: Defendants' Motion to Dismiss, Plaintiff's Motions to Renew Stay, Continue Deadline for Response, and Strike,

IT IS ADJUDGED that this action is dismissed with prejudice. Plaintiff Erik Cooper shall take nothing from this case.

**IT IS SO ORDERED.**

Dated: November 10, 2025

*Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1